
**Entered on Docket**
**April 24, 2008**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**Signed and Filed: April 23, 2008**

_____
**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**
_____

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 03-32638 TEC 7 |
| JANNA KALININA, | Chapter 7 |
| Debtor. | |
| JANNA KALININA, | Adv. Proc. No. 08-3004 TC |
| Plaintiff, | |
| vs. | |
| CAPITAL ONE BANK; J.P. MORGAN CHASE; WASHINGTON MUTUAL; and APPLIED CARD BANK, | |
| Defendants. | |

### MEMORANDUM RE CAPITAL ONE BANK'S
### MOTION FOR JUDGMENT ON THE PLEADINGS

A hearing on Capital One Bank's Motion for Judgment on the Pleadings is set for April 25, 2008. Upon careful review of the papers in support of and in opposition to the motion, the court has determined that resolution of the motion turns solely on a question of law and that oral argument would not be helpful. Upon due consideration, and for the reasons stated herein, the court hereby determines that the complaint should be dismissed.

MEMORANDUM -1-

The complaint asserts a single claim against Defendants for their alleged willful and intentional violation of the discharge injunction, for which Plaintiff seeks monetary damages. 11 U.S.C. § 524. There being no private cause of action for alleged violations of section 524, the complaint should be dismissed. <u>Walls v. Wells Fargo Bank, N.A.</u>, 276 F.3d 502 (9th Cir. 2002). Plaintiff's sole remedy is a civil contempt motion to the extent Plaintiff can allege a violation of section 524.

The existing complaint also does not allege facts sufficient to support a motion for civil contempt, because it does not allege that Capital One's false credit reporting was made with the intent to cause Plaintiff to pay the discharged debt. Absent such an allegation, Plaintiff has not alleged facts sufficient to establish violation of the discharge injunction. E.g., <u>Irby v. Fashion Bug (In re Irby)</u>, 337 B.R. 293 (Bankr. N.D. Ohio 2005); <u>In re Mogg</u>, 2007 WL 2608501 (Bankr. S.D. Ill. 2007).

**\*\*END OF MEMORANDUM\*\***

| | |
|---|---|
| 1 | **Court Service List** |
| 2 | |
| 3 | Irving L. Berg, Esq.<br>Berg Law Group<br>145 Town Center PMB 493 |
| 4 | Corte Madera, CA 94925 |
| 5 | Adam A. Lewis, Esq.<br>Law Offices of Morrison and Foerster |
| 6 | 425 Market St.<br>San Francisco, CA 94105-2482 |
| 7 | |
| 8 | Brian C. Frontino, Esq.<br>Stroock, Stroock and LaVan<br>2029 Century Park E #1800 |
| 9 | Los Angeles, CA 90067-3086 |

MEMORANDUM    -3-